USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-1-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

       - v. -

EDWIN RODRIGUEZ GRULLON,

                      Defendant.

---------------------------------------------------------------- x

23-CR-441 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Bond Appeal Hearing is set for **September 30, 2025**, at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             September 29, 2025

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge