```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-1-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                                         :
                                         :
        -against-                        :    23-CR-441 (ALC)
                                         :
                                         :    ORDER
                                         :
                                         :
EDWIN RODRIGUEZ GRULLON,                 :
                                         :
                        Defendants.      :
------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

   Status Conference set for **October 7, 2025**, at **12:30 p.m**

SO ORDERED.

Dated:      New York, New York
            October 1, 2025

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge