# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 5, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___3/9/26___

**By ECF and Email**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re:    *United States v. Grullon*, S1 23 Cr. 441 (ALC)

Dear Judge Carter:

   I write with the government's consent to request a two-month adjournment of the status conference presently set for March 10, 2026, at 3:30 p.m. Additional time is required to allow defense counsel's ongoing review of discovery and independent investigation of this matter. For those reasons, the government requests and the defense has no objection to exclusion of time under the Speedy Trial Act until the next conference date set by the Court.

   This is Mr. Grullon's second request for an adjournment of this conference, the first having been granted on January 2, 2026. ECF No. 63. Thank you for considering it.

Respectfully submitted,

Ariel C. Werner
Assistant Federal Defender
Counsel for Edwin Rodriguez Grullon
(212) 417-8770

cc:    AUSA Marguerite Colson

The application is **GRANTED**. The status conference is adjourned to 5/12/26 at 12 noon. Time excluded from 3/10/26 to 5/10/26 in the interest of justice.
So Ordered.

Andrew L. Carter 3/9/26