UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-5-26

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                   - v. -

Edwin Rodriguez Grullon,

                   Defendant.

23-CR-441 (ALC)

**ORDER**

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

The Status Conference scheduled for May 12, 2026, at 12:00 noon has been converted to

**A Change of Plea Hearing.**

**SO ORDERED.**

Dated: New York, New York
      May 5, 2026

**ANDREW L. CARTER, JR.**
**United States District Judge**