# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*


August 21, 2026

**<u>By ECF and Email</u>**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/24/26

Re: *United States v. Grullon*, S1 23 Cr. 441 (ALC)

Dear Judge Carter:

I write without objection from the Government to request a three- to four-week adjournment of Mr. Rodriguez Grullon's sentencing, presently scheduled for September 15, 2026, at 2:00 p.m. An adjournment to the week of October 5 or October 12 would allow additional time for counsel to prepare Mr. Rodriguez Grullon's sentencing submission and coordinate with supporters who wish to submit letters on his behalf.

This is Mr. Grullon's first request for an adjournment of his sentencing proceeding. Thank you for your consideration.

Respectfully submitted,

Ariel C. Werner
Assistant Federal Defender
Counsel for Edwin Rodriguez Grullon
(212) 417-8770

cc: AUSA Marguerite Colson

The application is **GRANTED**. The sentencing is adjourned to 10/6/26 at 2 p.m.
So Ordered.

**8/24/26**