Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 9, 2026

**By ECF and Email**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 10/15/26

Re: *United States v. Grullon*, S1 23 Cr. 441 (ALC)

Dear Judge Carter:

I write without objection from the Government to respectfully request an additional two-month adjournment of Mr. Rodriguez Grullon's sentencing, presently scheduled for November 5, 2026, at 2:00 p.m. The parties are continuing to seek a resolution to an outstanding issue that may bear on Mr. Rodriguez Grullon's sentencing, and I respectfully request additional time to resolve that issue before sentencing proceeds.

This is Mr. Rodriguez Grullon's third request for an adjournment of his sentencing proceeding. Thank you for your consideration.

The application is **GRANTED**. The sentencing is adjourned to 1/7/27 at 2 p.m.
So Ordered.

**10/15/26**

Respectfully submitted,

Ariel C. Werner
Assistant Federal Defender
Counsel for Edwin Rodriguez Grullon
(212) 417-8770

cc: AUSA Marguerite Colson